**Vicki A. LINDSEY, Plaintiff-Appellant,**

v.

**HIGHWOODS REALTY LIMITED PARTNERSHIP; HRLP NC VA, L.P.; Highwoods Properties, Incorporated; Western Industries–South, LLC, Defendants–Appellees,**

and

**John Doe # 1, Defendant.**

**No. 12–1223.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 23, 2012.

Vicki A. Lindsey, Appellant Pro Se. Alison Wright Feehan, Kutak Rock LLP, Richmond, Virginia; Janeen Beth Koch, Kalbaugh, Pfund & Messersmith, PC, Richmond, Virginia, for Appellees.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vicki A. Lindsey appeals from the district court's orders granting summary judgment for the defendants in her action alleging premises liability and negligent

application of a banned substance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lindsey v. Highwoods Realty Ltd. P'ship,* No. 3:11–cv–00447–HEH–DJN, 2012 WL 368328 (E.D. Va. Feb. 3, 2012) & (Apr. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*